| | |
|---|---|
| 1 | David R. Markham (SBN 071814) |
| | *dmarkham@markham-law.com* |
| 2 | Maggie Realin (SBN 263639) |
| | *mrealin@markham-law.com* |
| 3 | Michael J. Morphew (SBN 304463) |
| | *mmorphew@markham-law.com* |
| 4 | **THE MARKHAM LAW FIRM** |
| 5 | 750 B Street, Suite 1950 |
| | San Diego, CA 92101 |
| 6 | Tel.: 619.399.3995; Fax: 619.615.2067 |
| 7 | |
| | [Additional counsel listed on the next page] |
| 8 | Attorneys for Plaintiff on behalf of herself and all others similarly situated |
| 9 | |
| | E. Jeffrey Grube (SBN 167324) |
| 10 | *jeffgrube@gbgllp.com* |
| | Elizabeth A. Brown (SBN 235429) |
| 11 | *lisabrown@gbgllp.com* |
| | **GRUBE BROWN & GEIDT LLP** |
| 12 | 601 Montgomery Street, Suite 1150 |
| 13 | San Francisco, CA 94111 |
| | Tel.: 415.603.5000; Fax: 415.840.7210 |
| 14 | |
| 15 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILIA SANTOS, an individual, on behalf of herself and all others similarly situated | CASE NO.: 3:18-cv-03177-EMC |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, OF DEFENDANT UNITED PARCEL SERVICE, INC., A DELAWARE CORPORATION, AND [PR~~O~~OSED] ORDER** |
| v. | |
| UNITED PARCEL SERVICE, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., an Ohio Corporation; and DOES 1 through 10, inclusive | Court Room: 5 |
| | Judge: Hon. Edward M. Chen |
| Defendants | |

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 | Walter Haines (SBN 071075) |
| | *walterhaines@yahoo.com* |
| 2 | **UNITED EMPLOYEES LAW GROUP** |
| | 5500 Bolsa Avenue, Suite 201 |
| 3 | Huntington Beach, CA 92649 |
| 4 | Tel.: 888.474.7242; Fax: 562.256.1006 |
| 5 | Attorney for Plaintiff on behalf of herself and all others similarly situated |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, on May 29, 2018, Plaintiff filed a Class Action Complaint for wage and labor violations on behalf of herself and all others similarly–situated, current and former non–exempt employees of Defendants within the State of California who worked in a distribution center as a part time supervisor, or a position with similar duties and/or job titles, at any point from May 29, 2014 to the present, and who suffered from violations arising out of Defendants failure to pay wages for all time worked and failure to provide timely and uninterrupted meal and rest periods.

WHEREAS, Plaintiff filed the Class Action Complaint against Defendants United Parcel Service Inc., (a Delaware Corporation); United Parcel Service Inc., (an Ohio Corporation); and DOES 1 through 10, inclusive.

WHEREAS, Defendant by and through its counsel of record, has disclosed and certified to Plaintiff that:

1. United Parcel Service Inc. (a Delaware Corporation) is a holding company with no employees;
2. United Parcel Service Inc. (a Delaware Corporation) issues stock to the public and there are no publicly held companies that own 10% or more of United Parcel Service, Inc's stock;
3. United Parcel Service Inc. (a Delaware Corporation) wholly owns United Parcel Service of America, Inc., which wholly owns UPS Worldwide Forwarding, Inc., which wholly owns United Parcel Service, Inc. (an Ohio Corporation).
4. United Parcel Service of America, Inc., UPS Worldwide Forwarding, Inc., and United Parcel Service, Inc. (an Ohio Corporation) do not issue stock to the public.

WHEREAS, after the above information has been disclosed and certified to Plaintiff and her counsels of record, it can be concluded that United Parcel Service, Inc. (a Delaware Corporation) is not the employer entity.

3
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THEREFORE, the parties, by and through their counsels of record, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal, with prejudice, of any and all claims against Defendant United Parcel Service, Inc. (a Delaware Corporation) in the above–captioned matter, with each party to bear their own attorneys' fees and costs incurred in this action, notwithstanding the provision of Federal Rule of Civil Procedure 54(d).

Dated: 7 August 2018

Respectfully submitted:

THE MARKHAM LAW FIRM

_____
Michael J. Morphew
Attorney for Plaintiff
E-mail: mmorphew@markham-law.com

Dated: 7 August 2018

Respectfully submitted:

GRUBE BROWN & GEIDT LLP

*s/ Elizabeth A. Brown*
_____
Attorney for Defendant
E-mail: lisabrown@gbgllp.com

**[PR~~OPOS~~ED] ORDER**

**IT IS SO ORDERED THAT THE STIPULATION IS APPROVED.**

      Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with prejudice, of any and all of Plaintiff's claims against Defendant United Parcel Service, Inc. (a Delaware Corporation). Each party will bear their own attorneys' fees and costs incurred in this action, notwithstanding the provision of Federal Rule of Civil Procedure 54(d).

Dated: 8/10/18

_____
Hon. Edward M. Chen



[Proposed] Order