ELIZABETH A. BROWN (SB# 235429)
JENNIFER SVANFELDT (SB# 233248)
CARLOS I. MARTINEZ-GARCIA (SB# 300234)
MATTHEW W. MORRIS (SB# 309741)
lisabrown@gbgllp.com
jensvanfeldt@gbgllp.com
carlosmartinez@gbgllp.com
mattmorris@gbgllp.com
GBG LLP
633 West 5th Street, Suite 3330
Los Angeles, CA  90071
Telephone:  (213) 358-2810
Facsimile:  (213) 995- 6382

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.,
an Ohio Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIA SANTOS, an individual, on behalf of herself and all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED PARCEL SERVICE, INC., a Delaware Corporation; UNITED PARCEL SERVICE, INC., an Ohio Corporation; DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 3:18-cv-03177-EMC<br><br>**DECLARATION OF DERRICK WATERS IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          May 6, 2021<br>Time:         1:30 p.m.<br>Judge:        Hon. Edward M. Chen<br>Courtroom:  5 |

I, Derrick Waters, hereby declare as follows:

1.      I am currently employed by United Parcel Service, Inc. ("UPS" or "Company") as Vice President of Operations, West Region. I have held this position for approximately two years. Previously, I was Vice President of Engineering, West Region, a position I held for approximately three years. I have been employed by UPS for approximately 33 years. AS Vice President of Operations, West Region, I have responsibilities for the UPS small package operation in the states that comprise the West Region, which includes both North California and Southern California districts. In both my current position and my previous position, I have had access to payroll, human resources and other business records created and maintained by UPS in the ordinary course of business, which includes UPS policies, employee population information, and employee records such as payroll records. Except where otherwise indicated, I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters stated herein.

2.      Between May 29, 2017 and November 11, 2021, there were 2,104 Part-Time Preload Supervisors ("Preload PTS") in California, of which 1,066 had recorded at least one California Meal Period Premium payment on his or her wage statement.

3.      During the relevant period, all Preload PTS in California received itemized wage statements. Some Preload PTS received live checks and wage statements together. Most frequently, however, Preload PTS received their wages via direct deposit and received wage statements separately. Itemized wage statements were and continue to be available to Preload PTS online at UPSers.com. The format of the itemized wage statements has not changed since May 29, 2017 to the present.

4.      Itemized wage statements were, and still are, available to Preload PTS online at UPSers.com, which employees access with their unique log in information.

5.      For Preload PTS in California, meal premiums are denoted on wage statements as "Cal Meal." In the UPS payroll system, California meal period premium is coded as "CAM." Attached hereto as Exhibit A is a true and correct copy of Plaintiff Emilia Santos's wage statements dated December 14, 2017 and December 21, 2017. The format of Ms. Santos's wage

1  statements is typical of other Preload PTS wage statements.  The California meal period premium

2  is denoted by a "Cal Meal" entry on the wage statement dated December 14, 2017.

3        I declare under penalty of perjury under the laws of the State of California and the United

4  States of America that the foregoing is true and correct.

5        Executed on this 29 day of March, 2021, at *Aliso Viejo*, California.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

 Return to Paycheck List

MOVING OUR WORLD FORWARD BY DELIVERING WHAT MATTERS

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - EMILIA L SANTOS | 0386 CASNR 920 9616 P ZZZ 0 | 0386013041 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5077277 | XXX-XX-5121 | S 00 | S 00 | | 12/14/2017 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 12/03/2017 | 12/09/2017 | 1,359.00 | 399.79 | 106.26 | 852.95 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| – | CURRENT PAY RATE | 18.00 | | | TAXES | | |
| - REGULAR | 18.000 | | 40.00 | 720.00 | FICA | 82.73 | 1,143.08 |
| - OVERTIME | 27.000 | | 23.00 | 621.00 | FICA MEDICARE | 19.34 | 267.33 |
| - CAL MEAL | | | | 18.00 | FEDERAL TAX | 220.18 | 2,177.32 |
| - TOTAL HOURS WORKED | | | 63.00 | | ST TAX- CA | 65.53 | 373.57 |
| - CURRENT TOTALS | | | | 1,359.00 | STATE DISAB | 12.01 | 165.93 |
| - Y-T-D TOTALS | | | 1,128.27 | 18,800.01 | TOTALS | 399.79 | |
| – | | | | | DEDUCTIONS | | |
| – | | | | | BFTAX FLEX | 24.72 | 370.80 |
| – | | | | | 401K DED 6 | 81.54 | 362.89 |
| – | | | | | TOTALS | 106.26 | |
| - VAC 0.00 | D OPD 0.00 | D OPW 0.00 | H OTH 0.00 | D PST 11.00 | H | | |

Employee Address

P.O. BOX 15
SUNOL ,CA ,94586

**UNITED PARCEL SERVICE, INC.**

**55 GLENLAKE PARKWAY NE**

**ATLANTA , GA 30328**



Return to Paycheck List

MOVING OUR WORLD FORWARD BY DELIVERING WHAT MATTERS

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - EMILIA L SANTOS | 0386 CASNR 920 9616 P ZZZ 0 | 0386027176 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5077277 | XXX-XX-5121 | S 00 | S 00 | | 12/21/2017 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 12/10/2017 | 12/16/2017 | 1,212.75 | 338.85 | 97.49 | 776.41 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| – | CURRENT PAY RATE | | 18.00 | | TAXES | | |
| – REGULAR | 18.000 | | 40.00 | 720.00 | FICA | 73.65 | 1,216.73 |
| – OVERTIME | 27.000 | | 18.25 | 492.75 | FICA MEDICARE | 17.23 | 284.56 |
| – TOTAL HOURS WORKED | | | 58.25 | | FEDERAL TAX | 185.81 | 2,363.13 |
| – CURRENT TOTALS | | | | 1,212.75 | ST TAX- CA | 51.47 | 425.04 |
| – Y-T-D TOTALS | | | 1,186.52 | 20,012.76 | STATE DISAB | 10.69 | 176.62 |
| – | | | | | TOTALS | 338.85 | |
| – | | | | | DEDUCTIONS | | |
| – | | | | | BFTAX FLEX | 24.72 | 395.52 |
| – | | | | | 401K DED    6 | 72.77 | 435.66 |
| – | | | | | TOTALS | 97.49 | |
| – VAC  0.00  D OPD  0.00  D OPW  0.00  H OTH  0.00  D PST 11.00  H | | | | | | | |

Employee Address

P.O. BOX 15
SUNOL ,CA ,94586

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**